No. 692. CASSELL *v.* TEXAS. Certiorari, 336 U. S. 943, to the Court of Criminal Appeals of Texas. It is ordered that Chris Dixie, Esq., of Houston, Texas, be appointed to serve as counsel for the petitioner in this case.

No. 760. SMITH *v.* RAGEN, WARDEN. Certiorari, 336 U. S. 966, to the Circuit Court of Will County, Illinois. It is ordered that Herbert A. Friedlich, Esq., of Chicago, Illinois, be appointed to serve as counsel for the petitioner in this case.

No. 449, Misc. MERRILL *v.* SMITH, SUPERINTENDENT;
No. 536, Misc. SWAIN *v.* DUFFY, WARDEN;
No. 538, Misc. CANADA *v.* JONES, WARDEN;
No. 545, Misc. MORSE *v.* LAINSON, WARDEN;
No. 556, Misc. FREDERICKSEN *v.* JONES, WARDEN; and
No. 579, Misc. WILLIAMS *v.* OVERHOLSER, SUPERINTENDENT. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 437, Misc. TATE *v.* CALIFORNIA. Motion for leave to file petition for writ of certiorari denied.

No. 453, Misc. SCHUMAN *v.* CALIFORNIA; and
No. 487, Misc. IN RE STINSON. Applications denied.

No. 551, Misc. HOLLOWAY *v.* CLARK, ATTORNEY GENERAL, ET AL. Motion for leave to file petition for writ of mandamus denied.